# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2565
Lower Tribunal No. CF15-000502-XX

_____

LORENZO MARTINEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Melissa Gravitt, Judge.

May 28, 2024

PER CURIAM.

AFFIRMED.

WHITE, MIZE and BROWNLEE, JJ., concur.


Lorenzo Martinez, DeFuniak Springs, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED